B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>**Prestress Engineering Company LLC** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>**Beam Liquidation LLC** |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>**80-0480415** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**2220 Route 176, Prairie Grove, IL** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**CT Corporation System**<br>**208 South LaSalle St., Suite 814** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**McHenry**<br>ZIP CODE **60012** | ZIP CODE **60604** |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.) | Type of Debtor<br>(Form of Organization) | Nature of Business<br>(Check **one** box.) |
|---|---|---|
| Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | ☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>**concrete products for construction** |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☐ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor **Prestress Engineering**

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ (General Manager) | x _[signature]_ 1/16/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney  Date |
| Illini Precast, LLC  1/16/2014 | The Howard Law Firm, LLC |
| Name of Petitioner  Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | 307 North Michigan Ave., Ste. 1214, Chicago, IL 60601 |
| Doug Wagenbach | Address |
| 2215 Enterprise Dr., Ste. 1510 | (312) 372-7048 |
| Westchester, IL 60154 | Telephone No. |

| | |
|---|---|
| x _[signature]_ Credit Manager | x _[signature]_ 1/20/14 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney  Date |
| Insteel Wire Products Co. 1/20/14 | Corporate Counsel |
| Name of Petitioner  Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | 1373 Boggs Drive, Mount Airy, NC 27030 |
| Keith Striplin | Address |
| 1373 Boggs Drive | 336.786.2141 x3058 |
| Mount Airy, NC 27030 | Telephone No. |

| | |
|---|---|
| x _David Howell – Director of Credit_ | x _[signature]_ 1/23/14 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney  Date |
| Buzzi Unicem USA  1/23/14 | Rubin & Levin, P.C. |
| Name of Petitioner  Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | 342 Massachusetts Ave. Suite 500 Indianapolis IN 46204 |
| David Howell | Address |
| 10401 N. Meridian St. #400 | (317) 860-2816 |
| Indianapolis, IN 46290 | Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Illini Precast, LLC  2215 Enterprise Dr., Ste. 1510, Westchester, IL 60154 | | |
| Insteel Wire Products Company  1373 Boggs Drive, Mount Airy, NC 27030 | Account Stated | $53,005.51 |
| Buzzi Unicem USA  10401 N. Meridian St. #400, Indianapolis, IN 46290 | Account Stated | $180,222.16 |
| | Total Amount of Petitioners' Claims | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

____ continuation sheets attached

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x Troy White VP
Signature of Petitioner or Representative (State title)
Name of Petitioner: Valley Sand & Gravel, Inc
Date Signed: 1/31/14

Name & Mailing Address of Individual Signing in Representative Capacity:
Troy White
c/o Valley Sand & Gravel, Inc
194 Tax School Road
Washburn, IL 61570

x Elizabeth A Beck    01/30/14
Signature of Attorney / Date
Elizabeth Beck, Attorney
Name of Attorney Firm (If any):
Address: 310 Fifth St PO Box 68
Lacon, IL 61540
Telephone No. 309-246-6035

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Valley Sand & Gravel Inc, 212 Tax School Rd, Washburn, IL 61570 | Account Stated | $9511.65 |
| | | |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

___ continuation sheets attached